UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS' AND CEMENT MASONS'
LOCAL 40 PENSION FUND, ET AL.,
    Plaintiffs,

v.                                              C.A. No. 09-236 S

CAPITAL CURBING CORP.,
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on March 12, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Plaintiffs' Amended Motion for Entry of Judgment by Default is hereby GRANTED and Default Judgment shall be entered against the Defendant in the amount of $120,998.17.

By Order,

/s/ Deputy Clerk

ENTER:

/s/ William E. Smith
United States District Judge

Date: 4/2/10