UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PLASTERERS' AND CEMENT MASONS'
LOCAL 40 PENSION FUND, through
its TRUSTEES, PLASTERERS' AND
CEMENT MASONS' LOCAL 40 ANNUITY
FUND, through its TRUSTEES,
PLASTERERS' AND CEMENT MASONS'
LOCAL 40 HEALTH AND WELFARE FUND,
through its TRUSTEES, PLASTERERS'
AND CEMENT MASONS' LOCAL 40
APPRENTICESHIP FUND, through its
TRUSTEES, PLASTERERS' AND CEMENT
MASONS' LOCAL 40 and DONALD LEVIN,
in his official capacity as Co-
Administrator of the Funds,
      Plaintiffs,

v.                                         C.A. No. 09-236 S

CAPTIAL CURBING COPR.,
      Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on April 22, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiffs' Motion to Attach is hereby GRANTED.

ENTER:

_____
William E. Smith
United States District Judge
Date: 5/17/11